IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES OTIS CATER, | ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO. 2:06-cv-697-WKW ) (WO) |
| DEBORAH GRIFFIN, AUSA, Southern District of Alabama, *et al.*, | ) ) ) |
| Respondents. | ) |

### **O R D E R**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the Court that:

(1)  The objection filed by the petitioner on August 30, 2006 (Doc. # 8) is overruled;

(2)  The recommendation of the United States Magistrate Judge entered on August 14, 2006 (Doc. # 4) is adopted;

(3)  The 28 U.S.C. § 2241 petition for habeas corpus relief filed by Petitioner James Cater is DENIED; and

(4)  The above-styled case is DISMISSED with prejudice.

An appropriate judgment shall be entered.

DONE this 26th day of September, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE