IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES OTIS CATER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-697-WKW |
| | ) | (WO) |
| DEBORAH GRIFFIN, AUSA, | ) | |
| Southern District of Alabama, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. The 28 U.S.C. § 2241 petition for habeas corpus relief filed by Petitioner James Cater is DENIED.

2. The above-styled case is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 26th day of September, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE